No. 01–10793. BAGLEY *v.* BOARD OF DIRECTORS, FARMERS NATIONAL BANK, ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02–5104. TAYLOR *v.* ROCKFORD POLICE DEPARTMENT ET AL. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 02–5204. MCDONALD *v.* SUMMERS, ATTORNEY GENERAL OF TENNESSEE, ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 02A146. DOPP ET AL. *v.* UNITED STATES. Application for injunction pending appeal to the United States Court of Appeals for the Tenth Circuit, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. 02A289. FORRESTER *v.* NEW JERSEY DEMOCRATIC PARTY, INC., ET AL. Sup. Ct. N. J. Application for stay, presented to JUSTICE SOUTER, and by him referred to the Court, denied.

No. D–2300. IN RE DISBARMENT OF BOBROW. Disbarment entered. [For earlier order herein, see 535 U. S. 1032.]